# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lavell C. Robinson,<br><br>            Plaintiff,<br><br>   v.<br><br>TCP Global Corporation,<br><br>            Defendant. | Case No. 2:24-cv-00853-DJA<br><br>**Order** |

     Before the Court are the parties' status reports.  (ECF Nos. 12, 15).  In their reports, both parties agree that they will not conduct the Federal Rule of Civil Procedure 26(f) conference and file a discovery plan and scheduling order as required by Local Rule 26-1 until the Court rules on their pending motions.  The parties are essentially seeking a stay of discovery.  But if the parties wish to stay discovery, they must file a motion to stay discovery and demonstrate that they have met the good cause standard as outlined in *Gibson v. MGM International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726 (D. Nev. July 11, 2023).  The parties must thus either file a stipulation (or motion if they cannot agree) to stay discovery or a discovery plan and scheduling order on or before **July 11, 2024.**

     **IT IS THEREFORE ORDERED** that the parties shall have until **July 11, 2024** to meet and confer and submit either a stipulated discovery plan, a stipulation to stay discovery, or a motion to stay discovery.  The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

     DATED: June 11, 2024

                                                      DANIEL J. ALBREGTS<br>
                                                      UNITED STATES MAGISTRATE JUDGE