Doreen Spears Hartwell
Nevada State Bar No. 7525
Laura J. Thalacker
Nevada State Bar No. 5522
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074

*Attorneys for Defendant*
*TCP Global Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lavell Robinson,<br><br>           Plaintiff,<br><br>v.<br><br>TCP Global Corporation,<br><br>           Defendant. | Case No. 2:24-cv-00853-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>Removed from State Court<br>Case No.: A-24-888748-C |

Plaintiff Lavell Robinson's ("Robinson") and Defendant TCP Global Corporation ("TCP Global") stipulate to dismiss this action with prejudice based on the parties reaching a settlement and both sides agree to bear their own expenses and costs.

| | |
|---|---|
| PRO SE<br>/s/Lavell Robinson<br>Lavell Robinson<br>370 E. Harmon Ave., Apt. F316<br>Las Vegas, NV 89169 | HARTWELL THALACKER, LTD.<br>/s/Doreen Spears Hartwell<br>Doreen Spears Hartwell, SBN #7525<br>Laura J. Thalacker, SBN #5522<br>11920 Southern Highlands Pkwy, #201<br>Las Vegas, NV 8914<br>*Attorneys for TCP Global Corporation* |

**IT IS SO ORDERED.  The Clerk of Court is kindly directed to close the case.**

DATED: 4/17/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2025, STIPULATION AND ORDER TO DISMISS WITH PREJUDICE was served via email to the following:

Lavellrobinson116@yahoo.com
Lavell Robinson
370 E. Harmon Ave., Apt. F316
Las Vegas, NV 89169
*In Proper Person*

/s/Doreen Spears Hartwell
An Employee of Hartwell Thalacker, Ltd

2